Case 1:12-cv-05111-HB Document 6 Filed 09/18/12 Page 1 of 2                    1/1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/12

# DANZIG FISHMAN & DECEA

ATTORNEYS AT LAW
360 LEXINGTON AVENUE, 12TH FLOOR
NEW YORK, NEW YORK 10017
MAIN PHONE: (646) 454-4180
FAX: (646) 454-4191

WRITER'S DIRECT PHONE NUMBER:
(212) 616-1566
WRITER'S DIRECT E-MAIL ADDRESS:
RFISHMAN@DFDLAWFIRM.COM

Thomas B. Decea†
Ronald A. Fishman†
Yenisey Rodriguez-McCloskey
Of Counsel:
Richard A. Danzig
Donald S. Campbell
Clara Feldman

†ADMITTED IN NY AND CT

Westchester Office:
One North Broadway
Suite 1202
White Plains, NY 10601
Phone: (914) 285-1400
Fax: (914) 285-1401

September 14, 2012

**VIA FACSIMILE (212) 805-7901**
The Honrable Harold Baer, Jr.
500 Pearl Street
Chambers 2230
New York, New York 10007

RECEIVED
SEP 14 2012
U.S. DISTRICT JUDGE
S.D.N.Y.

Re:    Case Number 12 CV 5111

Dear Judge Baer:

This firm is counsel to Billiard Balls Management, LLC dba Slate, Aristotle Hatzigeorgiou, Anahid Hatzigeorgiou, and Louis Paloubis, (collectively the "Defendant") in the above referenced action. The parties have been in discussions regarding a possible amicable resolution to this matter. In furtherance of the foregoing, we are writing to Your Honor to respectfully approve an extension of Defendant's time to answer or otherwise respond to the Complaint until September 25, 2012. Additionally, we are requesting a three week adjournment of the conference scheduled before Your Honor on Thursday, September 20, 1012 at 3:45pm. Plaintiff's counsel has consented to the foregoing requests.

Respectfully submitted

Ronald A. Fishman

cc: Catherine M. Clayton, Esq. (Via E-mail)

*I will adjourn in an effort to further settlement and PTC to Oct 25 at 3:45. They better than will have a conference and a Dis.*

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 9/18/12

Endorsement:

    In an effort to further settlement I will adjourn answer and PTC to October 25 at 3:45 P.M., hopeful that I will have a stipulation of discontinuance rather than a conference.